UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. MCCULLOM,<br>Plaintiff,<br>v.<br>NANCY O'MALLEY, et al.,<br>Defendants. | Case No. 21-04591 BLF (PR)<br>**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLAINT AND APPLICATION TO PROCEED** *IN FORMA PAUPERIS*<br><br>(Docket No. 4) |

On June 15, 2021, Plaintiff, proceeding *pro se*, filed a letter which was construed as an attempt to file a civil rights complaint pursuant to 42 U.S.C. § 1983, against Santa Rita County Jail officials. Dkt. No. 1. On the same date, Plaintiff was advised through two separate Clerk's notices that within twenty-eight days he must (1) file a complaint on the court form and (2) either pay the full filing fee or file an application to proceed *In Forma Pauperis* ("IFP") in order to proceed with this action or face dismissal. Dkt. Nos. 2 and 3. On July 9, 2021, Plaintiff filed a letter which the Court construes as requesting an extension of time to respond. Dkt. No. 4.

Good cause appearing, Plaintiff's request is **GRANTED**. Plaintiff shall file a complaint and IFP application **no later than twenty-eight (28) days** from the filing date

of this order. Failure to file a complaint and an IFP application in the time provided shall result in this action being dismissed without prejudice and without further notice to Plaintiff.

The Clerk shall mail a copy of this order and copies of the two Clerk's notices, Dkt. Nos. 2 and 3, along with two copies of the complaint and IFP application.

**IT IS SO ORDERED.**

Dated: __July 16, 2021_____

BETH LABSON FREEMAN
United States District Judge