1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                              NORTHERN DISTRICT OF CALIFORNIA

10

11    KEVIN L. MCCULLOM,                        Case No. 21-04591 BLF (PR)

12              Plaintiff,                      **ORDER GRANTING EXTENSION
                                                OF TIME TO FILE COMPLAINT
13         v.                                   AND APPLICATION TO PROCEED
                                                *IN FORMA PAUPERIS***
14
      NANCY O'MALLEY, et al.,
15
                Defendants.                     (Docket No. 8)
16

17

18         On June 15, 2021, Plaintiff, proceeding *pro se*, filed a document which was

19    construed as an attempt to file a civil rights complaint pursuant to 42 U.S.C. § 1983,

20    against Alameda County officials.  Dkt. No. 1.  On the same date, Plaintiff was advised

21    through two separate Clerk's notices that within twenty-eight days he must (1) file a

22    complaint on the court form and (2) either pay the full filing fee or file an application to

23    proceed *In Forma Pauperis* ("IFP") in order to proceed with this action or face dismissal.

24    Dkt. Nos. 2 and 3.  On July 26, 2021, Plaintiff filed a letter which was construed as a

25    motion for an extension of time to respond.  Dkt. No. 8.

26         Good cause appearing, Plaintiff's request is **GRANTED**.  Plaintiff shall file a

27    complaint and IFP application **no later than twenty-eight (28) days** from the filing date

28    of this order.  Failure to file a complaint and an IFP application in the time provided shall

*United States District Court*
*Northern District of California*

result in this action being dismissed without prejudice and without further notice to Plaintiff.

This order terminates Docket No. 8.

**IT IS SO ORDERED.**

Dated:   ___**August 10, 2021**___

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

Order Granting EOT to file complaint & IFP
P:\PRO-SE\BLF\CR.21\04591McCullom_eot-ifp&comp.docx