UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK MAGGAY,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER MICKE, et al.,<br><br>    Defendants. | Case No. 21-04591 BLF (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO PAY FILING FEE OR FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS*** <br><br>(Docket No. 5) |

    On June 28, 2021, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983, against officers and the medical department of the Santa Rita County Jail. Dkt. No. 1. On the same date, the Clerk sent Plaintiff a notice that within twenty-eight days he must either pay the full filing fee or file an application to proceed *In Forma Pauperis* ("IFP") in order to proceed with this action or face dismissal. Dkt. No. 2. This matter was reassigned to the Undersigned on July 20, 2021. Dkt. Nos. 4, 7.

    On the same date as the reassignment, Plaintiff filed a motion for leave to proceed IFP, but the application was not completed. Dkt. No. 5. Rather, Plaintiff handwrote on the first page that he "will send complete payment via Institution Check." *Id.* at 1. More than twenty-eight days have passed since the Clerk's notice was sent to Plaintiff, and nearly two

months have passed since Plaintiff's incomplete IFP motion was filed.  To date, no payment has been received from Plaintiff.

In the interest of justice, Plaintiff shall be granted an extension of time to either pay the full filing fee, or proof of payment thereof, or a complete IFP application.  Plaintiff shall respond **no later than twenty-eight (28) days** from the filing date of this order.

**Failure to respond to this order in the time provided shall result in this action being dismissed without prejudice and without further notice to Plaintiff.**

The Clerk shall enclose a copy of the court's IFP application with a copy of this order to Plaintiff.

**IT IS SO ORDERED.**

Dated:  __September 20, 2021__

BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to file IFP
P:\PRO-SE\BLF\CR.21\04994Maggay_eot-ifp.docx