UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE MCCULLOM,<br><br>Plaintiff,<br><br>v.<br><br>NANCY O'MALLEY, et al.,<br><br>Defendants. | Case No. 21-04591 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

On June 15, 2021, Plaintiff, proceeding *pro se*, filed a document which was construed as an attempt to file a civil rights complaint pursuant to 42 U.S.C. § 1983, against Alameda County officials. Dkt. No. 1. On the same date, Plaintiff was advised through two separate Clerk's notices that within twenty-eight days he must (1) file a complaint on the court form, and (2) either pay the full filing fee or file an application to proceed *In Forma Pauperis* ("IFP") in order to proceed with this action or face dismissal. Dkt. Nos. 2, 3. Plaintiff was granted two extensions of time, such that the last deadline to file a complaint and IFP application was September 7, 2021. Dkt. Nos. 5, 9.

The deadline has long since passed, and Plaintiff has failed to file a proper complaint and IFP application in the time provided. Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: _October 7, 2021____

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.21\04591McCullom_dis-compl.

2