UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE MCCULLOM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NANCY O'MALLEY, et al.,<br><br>　　　　　Defendants. | Case No. 21-04591 BLF (PR)<br><br>**JUDGMENT** |

　　The Court has dismissed the instant civil rights action without prejudice for failure to pay the filing fee. Judgment is entered accordingly.

　　The Clerk shall close the file.

　　**IT IS SO ORDERED.**

Dated: _October 7, 2021___

　　　　　　　　　　　　　　　　　　　　　*Beth Labson Freeman*
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
P:\PRO-SE\BLF\CR.21\04591McCullom_judgment